IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANIEL M. WOODS, | § | |
| | § | |
| Defendant Below, | § | No. 64, 2020 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 1701019682, |
| | § | 1702009077, 1702009428 (N) |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: April 17, 2020
Decided: June 17, 2020
Corrected: June 29, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## **ORDER**

After careful consideration of the parties' briefs[1] and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its January 29, 2020 Order denying the appellant's first motion for postconviction relief under Superior Court Criminal Rule 61.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice

---

[1] The appellant's motion to strike the appellee's answering brief based on minor mistakes in the Table of Citations is denied.
[2] *State v. Woods*, 2020 WL 491187 (Del. Super. Ct. Jan. 29, 2020).